UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM ZREPSKY,

    Plaintiff,

v.        Case No. 11-11345

CITY OF WARREN, et al.,

    Defendants.
                                 /

**ORDER AMENDING JULY 6, 2011 SCHEDULING ORDER**

On March 15, 2012, the court conducted a telephone conference in this matter, during which counsel for the parties indicated that they are working towards settlement. Counsel also requested that the court set a trial schedule. Accordingly,

IT IS ORDERED that the court's July 6, 2011 Scheduling Order [Dkt. # 16] is AMENDED as follows:

All trial documents (as described in the court's July 6, 2011 Scheduling Order §§ 8-10 & 14) are due by **April 30, 2012**.

The court will conduct a final pretrial conference (as described in the court's July 6, 2011 Scheduling Order § 11) on **May 7, 2012, at 2:30 p.m.**

A jury trial will commence on **May 14, 2012, at 9:00 a.m.**

                          s/Robert H. Cleland
                          ROBERT H. CLELAND
                          UNITED STATES DISTRICT JUDGE

Dated: March 16, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 16, 2012, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522