# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ADAM ZREPSKEY,

     Plaintiff,

v.                                                                    Case No. 11-11345

CITY OF WARREN, et al.,

     Defendants.

_____/

## ORDER OF DISMISSAL

     The court has been informed that the parties have reached a mutually agreeable settlement of this matter.  In accordance with counsel's representation,

     IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

**Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.**  Any party may reopen this case by **May 31, 2012**, by filing a "Notice of Reopening."  If such a notice is filed, the case will immediately be placed back on the court's active docket with no further costs or fees to either party, and the litigation will proceed as if the case had not been dismissed.  Further, the parties may also submit their own substitute stipulated order of dismissal or judgment by **May 31, 2012**.

     After **May 31, 2012**, in the absence of any further order of the court or filing by the parties, the dismissal will be deemed to be with prejudice.

                    s/Robert H. Cleland
                    ROBERT H. CLELAND
                    UNITED STATES DISTRICT JUDGE

Dated:  May 20, 2012

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 20, 2012, by electronic and/or ordinary mail.

                         s/Lisa Wagner
                         Case Manager and Deputy Clerk
                         (313) 234-5522